# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeals of -- )
)
L-3 Communications Integrated Systems, L.P. ) ASBCA Nos. 58930, 58931, 58932
) 58933, 58934, 58935
) 58936
)
Under Contract No. F33657-03-G-3013-0602 *et al.* )

APPEARANCES FOR THE APPELLANT:
Karen L. Manos, Esq.
Sarah P. Gleich, Esq.
Jin I. Yoo, Esq.
Owen E. Whitehurst, Esq.
  Gibson, Dunn & Crutcher LLP
  Washington, DC

APPEARANCES FOR THE GOVERNMENT:
E. Michael Chiaparas, Esq.
  DCMA Chief Trial Attorney
Stephen R. Dooley, Esq.
  Senior Trial Attorney
  Defense Contract Management Agency
  Boston, MA
Joseph D. Keller, Esq.
  Trial Attorney
  Defense Contract Management Agency
  Chantilly, VA

## ORDER OF DISMISSAL

The dispute which is the subject of the appeals having been settled, the appeals are hereby dismissed with prejudice subject to reinstatement only in the event the settlement is not consummated. Any request to reinstate the subject appeal must be filed within 90 days of the date of this Order.

Dated: 23 September 2014

_____
LYNDA T. O'SULLIVAN
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 58930, 58931, 58932, 58933, 58934, 58935, 58936, Appeals of L-3 Communications Integrated Sysems, L.P., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals

2